USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2024

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                                          ORDER OF DISMISSAL
                                                                           FOR
**Philip DiSalvio**                                       FAILURE TO PROSECUTE
                                                                BANKRUPTCY APPEAL

-----------------------------------------------------X                    24-CV-04446 NSR

FROM:   VITO GENNA, CLERK
               UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK

IN RE: Philip DiSalvio                                    BANKRUPTCY CASE: **23-B-35055 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 04/17/2024
BANKRUPTCY DOCUMENT #: 39

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

  X   FRBP 8009
 ___  Federal Rules of Civil Procedure (Rule _____)
 ___  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
 ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 10, 2024**                                              Vito Genna, Clerk
             New York, New York                                       U.S. Bankruptcy Court, SDNY

                                                                    By:      Gwen Kinchen
                                                                                 Deputy Clerk

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated:   June 12, 2024                                      _____
             White Plains, New York                            Judge, United States District Court


I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                 Ruby J. Krajick , Clerk
                                                                                              District Court, SDNY

                                                                           By: _____
                                                                                    Deputy Clerk